PEOPLE ex rel. HODNETT v. LEGGETT. (Supreme Court, Appellate Division, Fourth Department. March 19, 1901.) Proceedings by the people of the state of New York, on the relation of Daniel E. Hodnett, against John C.

Leggett. No opinion. Motion denied, without costs, upon the ground that the application for writ of mandamus should be made in the first instance at special term.